FILED

08/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0306

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Case No. DA 20-0306

_____

STATE OF MONTANA,
Plaintiff and Appellee,

v.

PAMELA JO POLEJEWSKI,
Defendant and Appellant.

_____

## ORDER GRANTING STATE BAR OF MONTANA'S ANIMAL LAW SECTION'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

_____

Upon review of the State Bar of Montana's Animal Law Section's

motion for leave to file an *amicus curiae* brief, and for good cause shown,

IT IS HEREBY ORDERED that the State Bar of Montana's Animal

Law Section is granted leave to file an *amicus curiae* brief in this action.

The proposed brief of *amicus curiae* shall be filed on or before August

31, 2020.

DATED this _____ day of _____, 2020.


BY: _____


cc: All counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 6 2020